UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD R. WARD,

    Plaintiff,                                CASE NO. 2:12-cv-14296

v.                                           JUDGE PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

JOHN DOE,

    Defendant.
_____/

## ORDER OF SUMMARY DISMISSAL

The Court has before it Plaintiff Donald R. Ward's *pro se* civil rights complaint filed under 42 U.S.C. § 1983. Plaintiff filed his complaint on September 27, 2012, alleging that certain unnamed healthcare workers, employed by the Federal Correctional Facility in Milan, Michigan, failed to give him the proper blood pressure medicine. Pl's Compl. 3, ECF No. 1. Plaintiff was an inmate at that facility when he instituted this action. At the time he filed his complaint, Plaintiff neither paid the required filing fee nor did he submit a proper application to proceed without prepayment of the filing fee. *See* 28 U.S.C. § 1915(a)(2); *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997). On October 1, 2012, the Court issued a notice regarding the parties' responsibility to notify the Court of address changes. E.D. Mich. LR 11.2; See Notice, ECF No. 3. That notice provided that failure to do so could result in dismissal of the case. *Id.*

Following, on October 2, 2012, the Court issued a deficiency order, requiring Plaintiff to either submit the required filing fee or a properly completed application to proceed *in forma pauperis* by November 1, 2012. See Order to Correct Deficiency, ECF No. 4. In that order, the Court also stated that failure to do so within thirty days of its order would result in dismissal of the case for

want of prosecution. *Id.* That order was returned to the Court, on October 10, 2012, as undeliverable because Plaintiff is no longer confined at the Federal Correctional Institution in Milan, Michigan. Plaintiff has not informed the Court of his current mailing address, despite his obligation to do so. See E.D. Mich. LR 11.2.

Accordingly, the Court DISMISSES WITHOUT PREJUDICE Plaintiff's civil rights complaint [ECF No. 1].

IT IS SO ORDERED.

_____
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

DATED: 11-13-12